UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,

          Plaintiff,

  v.

REIKO CALLNER, et al.

          Defendants.

CASE NO. C05-1887C

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      The Court hereby ORDERS Plaintiff to SHOW CAUSE by Friday, December 2, 2005 at 4:30 p.m. why the Court should not dismiss this action for failure to comply with Fed. R. Civ. P. 8(a). Pursuant to that Rule, the complaint must include a *plain* statement of the claim showing that the pleader is entitled to relief. The Court directs that Plaintiff respond to this Show Cause Order by submitting an amended complaint. While Plaintiff need not set forth a complete and convincing picture of the alleged wrongdoing in this amended complaint, he must *at least* set forth enough details so as to provide Defendants and the Court with a fair idea of the basis of the complaint. In particular, the Court directs Plaintiff to identify clearly each of the defendants in this action and to make a short and plain statement of

MINUTE ORDER – 1

1  the claim or claims against each defendant, showing that he is entitled to relief against that defendant.
2  Failure to comply with this Order by December 2, 2005 at 4:30 p.m. will result in dismissal of this action
3  without prejudice.

5  DATED this  15th  day of November, 2005.

6  BRUCE RIFKIN, Clerk of Court

8  By  /s/ C. Ledesma
   Deputy Clerk

26 MINUTE ORDER – 2